1　Deverie Christensen
　Nevada State Bar No. 6596
2　**JACKSON LEWIS P.C.**
　300 S. Fourth Street, Suite 900
3　Las Vegas, Nevada 89101
　Tel: (702) 921-2460
4　Email: christensend@jacksonlewis.com

5　*Attorneys for Defendant
　The Chapel, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ZURSCHMIEDE,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>THE LITTLE CHAPEL, LLC, a Domestic Limited-Liability Company, d/b/a CHAPEL OF THE FLOWERS, and DOE Defendants I-X,<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-00106-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant The Chapel, LLC doing business as Chapel of The Flowers ("Defendant"), (erroneously sued as "The Little Chapel, LLC), by and through its counsel, Jackson Lewis P.C., and Plaintiff Nicole Zurschmiede ("Plaintiff") by and through her counsel, HKM Employment Attorneys LLP, hereby stipulate and agree to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint. Plaintiff served her Complaint on May 10, 2019, and Defendant's response is due on May 31, 2019. Plaintiff and Defendant have agreed to a brief extension of time for Defendant to file a response to the Complaint as Defendant's counsel was only recently retained, and the parties wish to explore early resolution of this case.

Defendant shall, therefore, have a thirty (30) day extension up to and including June 30, 2019, to file its responsive pleading to Plaintiff's Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 29th day of May, 2019.

/s/ Deverie J. Christensen
Deverie J. Christensen, Bar No. 6596
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*The Chapel, LLC*

/s/ Jenny L. Foley
Jenny L. Foley, Bar No. 9017
Marta D. Kurshumova, Bar No. 14728
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104

*Attorneys for Plaintiff*
*Nicole Zurschmiede*

**IT IS SO ORDERED.**

Dated this 30 day of May, 2019.

_____
MAGISTRATE/JUDGE

4814-6627-6504, v. 1