Deverie Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com

*Attorneys for Defendant
The Chapel, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ZURSCHMIEDE,<br><br>Plaintiff,<br>vs.<br><br>THE LITTLE CHAPEL, LLC, a Domestic Limited-Liability Company, d/b/a CHAPEL OF THE FLOWERS, and DOE Defendants I-X,<br><br>Defendants. | Case No.: 2:19-cv-00106-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Defendant The Chapel, LLC doing business as Chapel of The Flowers ("Defendant"), (erroneously sued as "The Little Chapel, LLC), by and through its counsel, Jackson Lewis P.C., and Plaintiff Nicole Zurschmiede ("Plaintiff") by and through her counsel, HKM Employment Attorneys LLP, hereby stipulate and agree to a second extension of the time for Defendant to file a responsive pleading to Plaintiff's Complaint.

Plaintiff served her Complaint on May 10, 2019, and Defendant's response was due on May 31, 2019. On May 30, 2019, pursuant to stipulation of the parties, the Court granted Defendant a 30-day extension up to including June 30, 2019, to file its responsive pleading to Plaintiff's Complaint. (ECF No. 10). During the past 30 days, Defendant investigated the allegations in Plaintiff's complaint, and the Parties began settlement discussions. The Parties are actively engaged in settlement discussions and wish to avoid the potentially unnecessary time and

expense of Defendant's response to the Complaint, the Parties completion of the FRCP 26(f) Conference, and the Parties exchanging initial disclosures.

Accordingly, the Parties have stipulated to a second extension of the deadline for Defendant to file a response to the Complaint. The Parties have agreed to a 22-day extension to allow the Parties enough time to conclude their early settlement discussions. The 22-day extension takes into account anticipated delays during the Fourth of July holiday week, and avoiding a deadline that falls on a Sunday.

Defendant shall, therefore, have a twenty-two (22) day extension up to and including Monday, July 22, 2019, to file a responsive pleading to Plaintiff's Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. One prior request for an extension of time has been made for a 30-day period.

Dated this 27th day of June, 2019.

| | |
|---|---|
| */s/ Deverie J. Christensen* | */s/ Jenny L. Foley* |
| Deverie J. Christensen, Bar No. 6596 | Jenny L. Foley, Bar No. 9017 |
| 300 S. Fourth Street, Suite 900 | Marta D. Kurshumova, Bar No. 14728 |
| Las Vegas, Nevada 89101 | 1785 East Sahara, Suite 300 |
| | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | |
| *The Chapel, LLC* | *Attorneys for Plaintiff* |
| | *Nicole Zurschmiede* |

**IT IS SO ORDERED.**

Dated this 28th day of June, 2019.

_____
United States Magistrate Judge