Deverie Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com

*Attorneys for Defendant*
*The Chapel, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ZURSCHMIEDE,<br><br>　　　　　Plaintiff,<br>vs.<br><br>THE LITTLE CHAPEL, LLC, a Domestic Limited-Liability Company, d/b/a CHAPEL OF THE FLOWERS, and DOE Defendants I-X,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-00106-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(Fourth and Final Request)** |

Defendant The Chapel, LLC doing business as Chapel of The Flowers ("Defendant"), (erroneously sued as "The Little Chapel, LLC), by and through its counsel, Jackson Lewis P.C., and Plaintiff Nicole Zurschmiede ("Plaintiff") by and through her counsel, HKM Employment Attorneys LLP, hereby stipulate and agree to a fourth and final extension of the time for Defendant to file a responsive pleading to Plaintiff's Complaint.

Plaintiff served her Complaint on May 10, 2019, and Defendant's response was due on May 31, 2019. On May 30, 2019, pursuant to stipulation of the parties, the Court granted Defendant a 30-day extension up to including June 30, 2019, to file its responsive pleading to Plaintiff's Complaint. (ECF No. 10). On June 28, 2019, pursuant to stipulation of the parties, the Court granted Defendant a second extension up to including July 22, 2019, to file its responsive pleading to Plaintiff's Complaint, so the Parties could actively engage in settlement negotiations following Defendant's investigation of the allegations in the Complaint. (ECF No. 12). Due to the Fourth of July Holiday and intervening summer vacations of the Parties and counsels,

settlement discussions took longer than anticipated. On July 24, 2019, pursuant to stipulation of the parties, the Court granted Defendant a third extension up to including August 12, 2019, to file its responsive pleading to Plaintiff's Complaint. (ECF No. 14).

The Parties remain actively engaged in settlement discussions and wish to avoid the potentially unnecessary time and expense of Defendant's response to the Complaint, the Parties completion of the FRCP 26(f) Conference, and the Parties exchanging initial disclosures. Accordingly, the Parties have stipulated to a fourth and final extension of the deadline for Defendant to file a response to the Complaint. The Parties have agreed to a three-week extension to allow the Parties enough time to conclude their early settlement discussions.

Defendant shall, therefore, have a final three-week extension up to and including Tuesday, September 3, 2019, to file a responsive pleading to Plaintiff's Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. Three prior requests for an extension of time have been made. The Parties agree this is the final request for an extension to permit the Parties to conclude settlement negotiations. The Parties are diligently engaged in settlement negotiations and endeavoring to conclude this process prior to September 3, 2019; and, respectfully request the Court's approval to permit the Parties a final extension to exhaust early settlement discussions before incurring further litigation costs.

Dated this 9th day of August 2019.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar No. 6596
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*The Chapel, LLC*

*/s/ Marta D. Kurshumova*
Jenny L. Foley, Bar No. 9017
Marta D. Kurshumova, Bar No. 14728
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*
*Nicole Zurschmiede*

**IT IS SO ORDERED.**

Dated this 12th day of August, 2019.

_____
United States Magistrate Judge