Deverie Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com

*Attorneys for Defendant*
*The Chapel, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ZURSCHMIEDE,<br><br>              Plaintiff,<br>vs.<br><br>THE LITTLE CHAPEL, LLC, a Domestic Limited-Liability Company, d/b/a CHAPEL OF THE FLOWERS, and DOE Defendants I-X,<br><br>              Defendants. | Case No.: 2:19-cv-00106-JCM-VCF<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO STAY DEADLINE**<br><br>**(First Request)** |

      Defendant The Chapel, LLC doing business as Chapel of The Flowers ("Defendant"), by and through its counsel, Jackson Lewis P.C., and Plaintiff Nicole Zurschmiede ("Plaintiff") by and through her counsel, HKM Employment Attorneys LLP, hereby advise the Court that a settlement was reached in this case yesterday, August 29, 2019. The parties are preparing a settlement agreement and need enough time to complete the settlement process, including issuance of settlement funds, in order to file a stipulation and order to dismiss this action. Thus, the parties request this Court schedule a settlement status check conference in approximately 45 days, at the Court's convenience, to permit the parties time to complete the settlement process and file a stipulation and order for dismissal.

      Given the settlement of this matter, the parties also request that all other deadlines, including the Defendant's deadline to file a responsive pleading, currently set for September 3,

2019, be stayed pending submission of the stipulation and order to dismiss this action.

Dated this 30th day of August, 2019.

| **JACKSON LEWIS P.C.** | **HKM EMPLOYMENT ATTORNEYS LLP** |
|---|---|
| */s/ Deverie J. Christensen* | */s/ Marta D. Kurshumova* |
| Deverie J. Christensen, Bar No. 6596 | Jenny L. Foley, Bar No. 9017 |
| 300 S. Fourth Street, Suite 900 | Marta D. Kurshumova, Bar No. 14728 |
| Las Vegas, Nevada 89101 | 1785 East Sahara, Suite 300 |
| *Attorneys for Defendant* | Las Vegas, Nevada 89104 |
| *The Chapel, LLC* | *Attorneys for Plaintiff* |
|  | *Nicole Zurschmiede* |

## **ORDER**

**IT IS HEREBY ORDERED** that a status check hearing is scheduled as follows: 10:00 AM, October 29, 2019, in Courtroom 3D.

**IT IS FURTHER ORDERED** that all case related deadlines are stayed pending the status check hearing. If the parties file a stipulation for dismissal prior to the date of the status check hearing, it will be vacated.

United States Magistrate Judge
Dated: August 30, 2019