Deverie Christensen
Nevada State Bar No. 6596
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com

*Attorneys for Defendant*
*The Chapel, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ZURSCHMIEDE,<br><br>Plaintiff,<br>vs.<br><br>THE LITTLE CHAPEL, LLC, a Domestic Limited-Liability Company, d/b/a CHAPEL OF THE FLOWERS, and DOE Defendants I-X,<br><br>Defendants. | Case No.: 2:19-cv-00106-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

/ / /

/ / /

/ / /

attorneys' fees and costs.

Dated this 18th day of September, 2019.

JACKSON LEWIS P.C.                          HKM EMPLOYMENT ATTORNEYS LLP

_/s/ Deverie J. Christensen_                 _/s/ MKurshumova_
Deverie J. Christensen, Bar No. 6596         Jenny L. Foley, Bar No. 9017
300 S. Fourth Street, Suite 900              Marta D. Kurshumova, Bar No. 14728
Las Vegas, Nevada 89101                      1785 East Sahara, Suite 300
*Attorneys for Defendant*                    Las Vegas, Nevada 89104
*The Chapel, LLC*                            *Attorneys for Plaintiff*
                                             *Nicole Zurschmiede*

**IT IS SO ORDERED.**

Dated September 25, 2019.

_____
UNITED STATES DISTRICT JUDGE